HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RAMON ALEXANDER RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMON ALEXANDER RODRIGUEZ,<br><br>Defendant. | Case No. 1:21-cr-00234 JLT-SKO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON**<br><br>Date:   April 20, 2022<br>Time:  1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference scheduled for February 16, 2022 may be continued to April 20, 2022, at 1:00 p.m., or the soonest date thereafter convenient to the court.

Eric Kersten was appointed to represent Mr. Rodriguez on September 21, 2021.  Mr. Kersten went on leave beginning December 20, 2021 and is expected to return to the office in March 2022.  This request is made to allow time for Mr. Kersten's return to the office in the interest of continuity of counsel.

The parties agree that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), time should be excluded through and including April 20, 2022, because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

//

|   |   |
|---|---|
|   | PHILLIP A. TALBERT<br>United States Attorney |
| DATED: January 20, 2022 | By /s/ Laurel Montoya<br>LAUREL MONTOYA<br>Assistant United States Attorney<br>Attorneys for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: January 20, 2022 | By /s/ Peggy Sasso<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorneys for Defendant<br>RAMON ALEXANDER RODRIGUEZ |

## ORDER

IT IS SO ORDERED that the hearing status conference in the above-entitled case shall be continued to April 20, 2022, at 1:00 p.m., before the Honorable Sheila K. Oberto, for further status conference. The time period through and including April 20, 2022, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

DATED: 1/20/2022

*signature*

Hon. Sheila K. Oberto
United States Magistrate Judge